**Charles F. BICKEL and Charles J. Farley, Doing Business as The Ætna Shipping Company, Appellee, v. COMPAGNIE GENERAL TRANSATLANTIQUE and The S. S. FRANCE, Appellant.**

No. 389.

Circuit Court of Appeals, Second Circuit.

June 30, 1930.

Joseph P. Nolan and Frank T. Kendl, both of New York City, for appellant.

Purrington & McConnell, of New York City (Frank J. McConnell and James D. Brown, both of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decree increased from $1,928.43 to $2,428.43, and, as so modified, affirmed.